CHARLES, Appellant, v. LEONARD, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Adelaide W. Charles, as sole executrix, etc., substituted in place and stead of Archibald Charles, deceased, against George B. Leonard. No opinion. Motion for reargument denied, with $10 costs. See, also, 151 App. Div. 885, 135 N. Y. Supp. 1104.

---

CHASE NURSERIES, Respondent, v. HOLZDERBER, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by the Chase Nurseries against C. P. Holzderber. No opinion. Judgment of the County Court of Orange County affirmed, with costs.

---

In re CHEVRA B'NAI MAIER ZWEI OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) In the matter of the application of the Chevra B'Nai Maier Zwei of Brooklyn, etc.

PER CURIAM. Order reversed, without costs, and proceedings remitted to the Special Term, to ascertain by the aid of a reference whether the facts are correctly stated in the petition upon which the order of July 23, 1912, was made. If so, the motion to set aside such order should be denied; if not, the order should be set aside. This court does not, at the present time, determine whether, if such order is set aside, an action in equity may not be necessary to compel a reconveyance of the property formerly belonging to the Congregation Chevra B'Nai Maier Zwei of Brooklyn.

---

CHILCOTT, Respondent, v. BROADWAY BREWING & MALTING CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Alfred W. Chilcott against the Broadway Brewing & Malting Company, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 149 App. Div. 931, 134 N. Y. Supp. 1128.

---

In re CITY OF NEW YORK. In re LALOR. (Supreme Court, Appellate Division, First Department. February 14, 1913.) In the matter of the City of New York. In the matter of Elizabeth J. Lalor. No opinion. Report confirmed. Order filed.

---

CITY OF NEW YORK, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by the City of New York against the American Manufacturing Company. T. F. Magner, of Brooklyn, for appellant. W. E. C. Mayer, of Brooklyn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

CITY OF NEW YORK v. NEW YORK EVENING POST CO. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by the City of New York against the New York Evening Post Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 761.

---

CLANCY v. O'CONNELL et al. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Francis J. Clancy against Maurice O'Connell and others.

PER CURIAM. Much of the information sought for may be obtained through an examination of plaintiff before trial. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

---

CLAPPE, Respondent, v. SNARE & TRIEST CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Bernard Clappe against the Snare & Triest Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

CLARK & CO., Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Clark & Co. against Jacob A. Zimmerman. B. G. Paskus, of New York City, for appellant. F. Hulse, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

CLARY, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1913.) Action by Mary Clary, as administratrix, etc., against Katherine Fitzgerald. No opinion. Motion to amend decision (140 N. Y. Supp. 536) denied, without costs.

---

CLINTON v. OTSELIC VALLEY RY. CO. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Eugene Clinton, as receiver of the Kelley Lumber Company, against the Otselic Valley Railway Company. In the matter of the application to punish Benjamin F. Gladding for contempt of court.

PER CURIAM. Appeal dismissed, without costs; it appearing that the appellant has been discharged as receiver since the appeal was brought.

McLENNAN, P. J., dissents, and votes for reversal of the order, and granting the application to punish the respondent for contempt of court, upon the ground that the respondent was guilty of the contempt alleged.

---

COLLIER, Respondent, v. CONTINENTAL ASPHALT PAVING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Robert